

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2024

No. 04-24-00370-CR

John Edward **RODARTE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2003CR6651
Honorable Catherine Torres-Stahl, Judge Presiding

**ORDER**

In accordance with this Court's memorandum opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

Appellant John Edward Rodarte's pending motions are denied as moot.

It is so **ORDERED** on October 23, 2024.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2024.

_____
Luz Estrada, Chief Deputy Clerk